**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONEE CONSTANTINE, ) | Case No.: 10-CV-03352-LHK |
| ) | |
| Plaintiff, ) | ORDER REQUIRING PARTIES TO |
| v. ) | FILE JOINT CASE MANAGEMENT |
| ) | STATEMENT OR SEPARATE CASE |
| SEBASTIAN STERLING, LLC, ) | MANAGEMENT STATEMENTS |
| ) | |
| Defendant. ) | |
| ) | |

A Case Management Conference is scheduled before the undersigned judge on February 2, 2011. Under Civil Local Rule 16-9, parties are required to submit a Joint Case Management Statement. If one or more of the parties is not represented by counsel, the parties may file separate Case Management Statements. No Case Management Statement, either joint or separate, has been filed. Accordingly, as soon as practicable, but no later than 12:00 p.m., Monday, January 31, 2011, the parties shall file either a Joint Case Management Statement or separate Case Management Statements.

**IT IS SO ORDERED.**

Dated: January 27, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03352-LHK
ORDER REQUIRING PARTIES TO FILE CASE MANAGEMENT STATEMENT